IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 11 C 0370 |
| | ) | |
| ROCK SOLID PAVING & EXCAVATING, | ) | JUDGE JAMES B. ZAGEL |
| INC., an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ROCK SOLID PAVING & EXCAVATING, INC., an Indiana corporation, in the total amount of $80,402.82, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,513.50.

On February 8, 2011, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 1, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>29th</u> day of <u>March 2011</u>:

                Mr. Hugh Graham, Registered Agent
                Rock Solid Paving & Excavating, Inc.
                11003 Thiel Street
                St. John, IN   46373-8791

                                   <u>/s/   Cecilia M. Scanlon</u>

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: <u>cscanlon@baumsigman.com</u>

I:\MOEJ\Rock Solid\motion 2.cms.df.wpd